

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROY MILES FORD, | § | No. 08-22-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 33rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Burnet County, Texas |
| Appellee. | § | (TC# 49738) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)